# Court of Appeals
# of the State of Georgia

ATLANTA, __December 18, 2013__

*The Court of Appeals hereby passes the following order:*

**A14D0146.  NYREVERE WILLIAMS et al. v. HSBC BANK OF USA, N. A.**

HSBC Bank of USA, N. A., filed a dispossessory action against Nyrevere Williams in magistrate court.  After the magistrate court entered judgment in favor of the bank, Williams appealed to superior court.  On November 13, 2013, the superior court entered an order granting the bank's motion for judgment on the pleadings.  On November 25, 2013, Williams filed this application for discretionary appeal.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because Williams did not file this application until 12 days after entry of the superior court's order, the application is untimely.  And this Court lacks jurisdiction to consider an untimely application.  See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, this application is hereby *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/18/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*